YceuHO, Λ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELEC"RONICA::Y F'LED
DOC# _____
DATE FILED ___ 1̄a̶-8̶-1̶l̶e̶___

------------------------- x

Global Interactive Media, Inc.

　　　　　Plaintiff,

　　-v-

Sirius XM Holdings Inc.

　　　　　Defendant.

------------------------- x

No. 16 Civ. 6379 (JGK)

STIPULATED DISMISSAL
WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Global
Interactive Media, Inc. ("GIM") and Defendant Sirius XM Holdings Inc. ("Sirius")
hereby stipulate to dismissal of this action WITH PREJUDICE, each party to bear its
own costs and attorneys' fees.

Date: December 7, 2016

/s/　＿＿＿＿＿＿＿＿＿＿＿

Matthew M. Wawrzyn (pro hac vice)
matt@wawrzynlaw.com
WAWRZYN & JARVIS LLC
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606
Phone: 847.274.9844
Fax: 312.283.8331

Counsel for Plaintiff
Global Interactive Media, Inc.

Respectfully submitted,

/s/　＿＿＿＿＿＿＿＿＿＿＿

Mark A. Baghdassarian (MB-7137)
Matthew W. Olinzock (MO-3111)
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
mbaghdassarian@kramerlevin.com
molinzock@kramerlevin.com

Attorneys for Defendant
Sirius XM Holdings Inc.

**SO ORDERED:**

＿＿＿＿＿＿＿＿＿＿＿
U.S.D.J.
12/7/16.　　　　　tn

The Clerk is directed
to close this case.
So ordered,
12/7/16　　e.S.D.J.